SMITH *vs.* LEE & COMPANY.

The plaintiffs having recovered apparently less, instead of more, than the evidence warranted, there was no cause for granting a new trial at the instance of the other party.

*/.* March 22, 1889.

Evidence. Verdict. New trial. Before Judge ATKINSON. Coffee superior court. May term, 1888.

Report unnecessary.

ROBERTS & SMITH by HARRISON & PEEPLES, for plaintiff in error.

E. P. PADGETT, by brief, *contra.*

BLECKLEY, Chief Justice.

Lee & Co. recovered against Smith a verdict for $191. We have read all the evidence, and our conclusion is that the recovery, if not precisely correct, was rather less than it should have been. The court committed no error in refusing to grant a new trial. There is no legal principle involved in the case, and a more extended discussion would be useless.

Judgment affirmed.